No. 93-6315. MARCH *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 93-6318. GARCIA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93-6319. KONSTENIUS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 93-6320. HENDRIX *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93-6322. CORNETT *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93-6324. BETHEA *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 93-6327. HAM, AKA HAMM, AKA BREWER *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 93-6330. SMITH *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 93-6331. BUNKER *v.* SAUSER, SUPERINTENDENT, SPRING CREEK CORRECTIONAL CENTER, ALASKA DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.

No. 93-6332. WHITLEY *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93-6333. SPEARS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93-6339. ALFORD *v.* HUFFMAN ET AL. C. A. 9th Cir. Certiorari denied.

No. 93-6348. WILLIAMS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93-6351. LALOR *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 93-6356. SIMPSON *v.* ORTIZ, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.